FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES RAY WOODARD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>V.M. ALMAGER, Warden,<br><br>　　　　Respondent. | No. EDCV 08-302-GPS (AGR)<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE** |

　　　　On March 6, 2008, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") pursuant to 28 U.S.C. § 2254.

　　　　On May 22, 2008, Respondent filed a motion to dismiss the Petition on the ground that Petitioner filed a state habeas petition on January 14, 2008, which remains pending before the California Supreme Court.

　　　　On June 5, 2008, Petitioner filed an opposition to the motion to dismiss. Although labeled an opposition, Petitioner acknowledged that his state habeas petition remains pending before the California Supreme Court. In addition, "Petitioner respectfully request that this Honorable Court dismiss his petition for Writ of Habeas Corpus in this Court filed on March 8, 2008, without prejudice pending the ruling on petitioner's writ of habeas corpus

1 | in the California Supreme Court, so that Petitioner can complete his efforts to seek state
2 | court relief. (Opposition at 1-2.)

3 | The Court construes Petitioner's opposition filed on June 5, 2008, as a Request for
4 | Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

5 | IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant
6 | to Fed. R. Civ. P. 41(a)(1).

7 | **Petitioner is hereby notified that a future federal habeas petition in this court
8 | will be subject to the one-year statute of limitations in 28 U.S.C. § 2244(d).** The one-
9 | year period starts either when a conviction becomes final under 28 U.S.C. § 2244(d)(1)(A)
10 | or on a date set in § 2244(d)(1)(B)-(D). According to the Petition, the California Court of
11 | Appeal affirmed the judgment on September 19, 2007. (Petition at 3.) Petitioner did not
12 | file a Petition for Review in the California Supreme Court. Therefore, Petitioner's conviction
13 | became final 40 days later on October 29, 2007. *See Gaston v. Palmer*, 417 F.3d 1030,
14 | 1033 (9th Cir. 2005), *revised for other reasons*, 447 F.3d 1165 (9th Cir. 2006), *cert. denied*,
15 | 127 S. Ct. 979 (2007). The statute of limitations is tolled during the time his state habeas
16 | petition is pending before the California Supreme Court. 28 U.S.C. § 2244(d)(2). If the
17 | California Supreme Court does not grant relief and Petitioner wishes to seek federal
18 | habeas relief, Petitioner should *promptly* file a federal habeas petition in this Court.

22 | DATED: June 1_5_, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

2